**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           09-13279

HELENA J. BROWN,

    Defendant

and

MICHIGAN DEPARTMENT OF TREASURY,

    Garnishee Defendant

_____/

**ORDER DENYING DEFENDANT 'S REQUEST FOR HEARING
AND CLAIM FOR EXEMPTIONS**

On November 22, 2011, Defendant Helena Brown filed a "Request for Hearing and Claim for Exemptions" in this collection matter. The United States has responded in opposition. Defendant Brown states that she has fallen "on hard time[s]," that she and her husband "are living from mo. to mo. trying to make our end[s] meet," and she "let some of [her] payments go" and that she now sees that she "pick[ed] the wrong one to let go." Defendant states that she is "sorry" and "would like another chance to pay this loan off."

Even accepting all of this information as true, none of it is a basis to claim an exemption from the garnishment currently in effect. Defendant remains free to contact the attorney representing the United States to attempt to work out an alternate payment plan, but such negotiations are not the business of the court.

IT IS ORDERED that Defendant's "Request for Hearing" filed on November 22, 2011, [Dkt. #12] is **DENIED**.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

December 12, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 11, 2011, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522